Shane Colton
Hanna Walter
COLTON HOLM
310 Grand Avenue
Billings, MT 59101
Telephone: (406) 259-9986
Facsimile: (406) 259-1094
scolton@yellowstonelaw.com
hanna@yellowstonelaw.com

A. Clifford Edwards
A. Christopher Edwards
John W. Edwards
EDWARDS & CULVER
1648 Poly Dr #206
Billings MT 59102
Telephone: 406-256-8155
Facsimile: 406-256-8159
Cliff@edwardslawfirm.org
Chris@edwardslawfirm.org
John.Edwards@edwardslawfirm.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| ROBERT PECK AND AMANDA PECK, | |
|---|---|
| Plaintiffs, | Case No. |
| vs. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY, | |
| Defendant. | |

COMES NOW Plaintiffs, ROBERT PECK and AMANDA PECK, by and through their counsel, and for their Complaint against Defendant, NORTHWESTERN CORPORATION ("Defendant"), state and allege as follows:

## PARTIES

1. Plaintiff ROBERT PECK (hereinafter "Plaintiff") is a resident of Denton, Fergus County, Montana.

2. Plaintiff AMANDA PECK (hereinafter "Plaintiff") is a resident of Denton, Fergus County, Montana.

3. Defendant NORTHWESTERN CORPORATION is a foreign for-profit corporation incorporated in Delaware. Defendant's principal place of business is located in Sioux Falls, South Dakota.

## JURISDICTION AND VENUE

4. The district court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a). The amount in controversy exceeds seventy-five thousand dollars ($75,000), excluding interest and costs. Plaintiffs are citizens of Montana. Defendant is a corporation that was formed under the laws of Delaware with its principal place of business in South Dakota and is authorized to do business in Montana.

5. Venue for this action is proper in this District and Division pursuant

to 28 U.S.C. § 1391(b)(2) because the relevant acts, decisions, and events giving rise to this claim occurred in Denton, Fergus County, Montana.

## FACTS COMMON TO ALL COUNTS

6. On or about November 30, 2021, a fire started near Denton, Montana, which later became known as the "West Wind Fire." Wind gusts up to 65 m.p.h. pushed the fire causing it to spread for over 18 miles, burning dozens of homes and commercial businesses.

7. The West Wind Fire was investigated by the Fire Prevention and Investigation section of the Montana Department of Justice. As a result of their investigation, it was determined that the West Wind Fire was caused by grass and other vegetation that was heated to a temperature that caused it to ignite in the presence of atmospheric oxygen. The source which caused the grass and vegetation to ignite was a section of overhead powerline owned, maintained, and operated by Defendant.

8. Defendant is a privately-owned public utility, which enjoys a state-protected monopoly and is a leading supplier of electricity to over two-thirds (2/3) of Western Montana.

9. Electrical infrastructure is inherently dangerous and hazardous, and Defendant knows this. The transmission and distribution of electricity demands

that Defendant exercise an increased level of care in line with the increased risk of dangers created by electrical infrastructure.

10. At all times relevant, Defendant had and continues to have a non-transferable duty to properly construct, inspect, repair, maintain, and operate its electrical infrastructure in a manner that prevents failure even in extreme weather conditions and at times of sustained drought.

11. Plaintiffs have dedicated their lives to farming and ranching in the Denton area.

12. When the West Wind Fire ignited on November 30, 2021, Plaintiff Robert Peck, along with many others, worked tirelessly to fight the fire.

13. Plaintiffs real and personal property was destroyed in the fire. Namely Plaintiffs lost valuable grain storage, grain handling infrastructure and grain.

14. Plaintiffs grain elevator, grain handling equipment and grain was completely destroyed in the fire.

15. Following the fire, Plaintiffs, have worked diligently to mitigate the losses caused from the fire and have had to significantly adjust operations as a result of the fire.

16. The West Wind Fire, which was started because of Defendant's negligence, in failing to properly inspect, maintain and update its electricity

transmitting infrastructure, this negligence caused severe harms and losses to the Plaintiffs.

## COUNT I – Negligence

17. Plaintiffs incorporates paragraphs 1-16 as if fully set forth herein.

18. Defendant owed multiple duties of care to the owners and lessees of real property in Fergus County in maintaining its electrical infrastructure in such a way to ensure its safe operation, including by adequately designing, constructing, monitoring, maintaining, operating, repairing, replacing, and/or improving its power lines, poles, transformers, conductors, insulators, reclosers, and/or other electrical equipment. This duty included inspecting and managing its power lines and/or other electrical equipment given the foreseeable risk of fire if charged power lines came in contact with flammable materials such as dry vegetation.

19. Defendant knew or should have known that high winds were common in this area and that the temperatures had long been unseasonably warm and drought conditions were at an all-time high creating an increased risk for fires.

20. Even though Defendant knew that its infrastructure was vulnerable to weather and environmental conditions, it breached its above-referenced duties and failed to properly inspect, maintain, and update its transmission infrastructure and further failed to take preventative measures, especially in the face of known high-risk weather conditions such as drought and high winds.

21. Defendant had a duty to utilize best industry practices and products to prevent transmission lines from coming in contact with flammable materials, Defendant's breach of this duty led to the fire that destroyed Plaintiffs' home.

22. Defendant's breach directly and proximately caused damage to Plaintiffs' personal and real property.

23. Defendant's breach directly and proximately caused harm by interfering with the Plaintiffs' right to quiet and peaceful enjoyment of their property and completely and severely altered the Plaintiffs' routine of daily living and completely altered the Plaintiffs' established course of life and lifestyle.

24. Defendant's breach directly and proximately caused serious harm to Plaintiffs.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray the Court enter judgment against Defendant sufficient to fully compensate them for all damages and losses allowed under Montana law in an amount to be determined by the jury at the trial of this cause, for costs of suit, and for such other and further relief as the Court may deem appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury of all the issues in this action.

DATED this 29th day of November, 2023.

              By:       /s/ Shane Colton
                            Shane Colton
                            Hanna Walter
                            COLTON HOLM

                            Chris Edwards
                            EDWARDS & CULVER

                            Attorneys for Plaintiff