**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| ROBERT PECK AND AMANDA PECK, | Cause No. CV-23-77-GF-BMM |
| Plaintiffs, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY, | |
| Defendant. | |

Pursuant to the parties Stipulation for Dismissal with Prejudice (Doc. 34), and for good cause appearing,

IT IS HEREBY ORDERED that this action is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorneys' fees.

DATED this 18th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts